# UNITED STATES DISTRICT COURT
for the
NORTHERN District of NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 28 2018
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Plattsburgh

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  8:18-MJ-779 (GLF) |
| | ) | |
| Roosebel CAMACHO-Ariza | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  12/27/2018  in the county of  Franklin  in the  Northern  District of  New York , the defendant violated  8  U. S. C. §  1326(a) , an offense described as follows:

Roosebel COMACHO-Ariza, being an alien who had been deported or removed, was found in the United States near Hogansburg, New York without the express consent of the Secretary of Homeland Security for reapplication for admission into the United States.

This criminal complaint is based on these facts:

On December 27, 2018, at approximately 10:45 p.m., Massena Border Patrol Station Agents were contacted by St. Regis Tribal Mohawk Police Officers in regards to a suspicious person at Smokey's Smoke Shop in Hogansburg, New York.  Tribal Police noted that this individual was elderly, was waiting at an undesignated bus stop in 20 degree Fahrenheit weather, and that the next bus was not scheduled to arrive until 9:30 a.m. the following morning. Tribal Police also noted that the individual appeared to speak only Spanish.  At approximately 11:20 p.m., Border Patrol Agents responded and encountered Roosebel CAMACHO-Ariza, a national of Colombia at Smokey's Smoke Shop in Hogansburg, New York.  During a field interview with CAMACHO-Ariza, freely admitted to being a national of Colombia illegally present in the United States.  CAMACHO-Ariza was transported to the Massena Border Patrol Station for further processing.  Records checks indicated that CAMACHO-Ariza was previously deported to Colombia on April 10, 2013 through Nogales, Arizona and to Colombia on August 25, 2014 through New Orleans, Louisiana.  During initial questioning, CAMACHO-Ariza admitted that he had been previously ordered deported, and that he was deported as stated above.

*Complainant's signature*

Alexander Vitale, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  December 28, 2018

*Judge's signature*

City and state:  Plattsburgh, New York

Hon. Gary L. Favro, US Magistrate Judge
*Printed name and title*